DERICK E. KONZ, ESQ., SB No. 286902
dkonz@akk-law.com
WILLIAM J. BITTNER, ESQ., SB No. 292056
wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF WOODLAND and VICTOR MARTINEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTINA MELGOZA, Plaintiff, vs. CITY OF WOODLAND, et al., Defendants. | Case No.: 2:24-cv-03410-DC-JDP **STIPULATION AND ~~[proposed]~~ ORDER MODIFYING THE PRETRIAL SCHEDULING ORDER AS TO DISCOVERY ONLY** |

The parties, by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request to modify the following deadlines, previously set forth in this Court's Initial Pretrial Scheduling Order, ECF No. 14.

The parties are requesting modification to discovery deadlines listed ECF No. 14 at Section IV, and not to the date for motions set in Section V. As a result, the parties make this stipulation and request to the assigned magistrate judge. (See ECF No. 14 at Section X.)

1. The existing due dates and discovery cutoff date, and the last date for filing motions are listed in the table below. The table also includes the proposed date.
2. The Parties have not made a prior request for extension.
3. The reason for this request is that counsel for Defendants needed to take paternity leave and was on paternity leave for June through September, which slowed discovery for both parties.

| **Discovery Task** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Fact discovery completed | November 19, 2026 | January 18, 2027 |
| Expert witness disclosure and production of Rule 26(a)(2) reports | December 21, 2026 | February 12, 2027 |
| Rebuttal expert witness disclosure and disclosure of Rule 26(a)(2) reports | January 20, 2027 | March 5, 2027 |
| Expert discovery completed | February 19, 2027 | April 2, 2027 |
| All motions, except motions for continuances, temporary restraining order, or other emergency applications. | April 20, 2027 | No change |

Dated: October 5, 2026

ANGELO, KILDAY & KILDUFF, LLP

*/s/ William J. Bittner*

By:__________________________________

WILLIAM J. BITTNER
DERICK E. KONZ
Attorneys for Defendants CITY OF WOODLAND and VICTOR MARTINEZ,

Dated: October 5, 2026

POINTER & BUELNA LLP

*/s/ Ty Clarke*
*(as authorized on 10.2.26)*

By:__________________________________

ADANTE D. POINTER
PATRICK M. BUELNA
TY L. CLARKE
Attorneys for Plaintiff CRISTINA MELGOZA

**~~[proposed]~~ ORDER**

IT IS HEREBY ORDERED:

The discovery dates in ECF no. 14 are modified as follows:

| **Discovery Task** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Fact discovery completed | November 19, 2026 | January 18, 2027 |
| Expert witness disclosure and production of Rule 26(a)(2) reports | December 21, 2026 | February 12, 2027 |
| Rebuttal expert witness disclosure and disclosure of Rule 26(a)(2) reports | January 20, 2027 | March 5, 2027 |
| Expert discovery completed | February 19, 2027 | April 2, 2027 |

IT IS SO ORDERED.

Dated: October 5, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE